IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LOUIS PETRONE,

       Plaintiff,

v.

COMMISSIONER, Social
Security Administration,

       Defendant.

No. 1:11-cv-484-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983).

1 - ORDER

I agree with Magistrate Judge Clarke that plaintiff's attorney is entitled to the requested fees under 42 U.S.C. § 406(b). Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#30) is adopted. Plaintiff's unopposed motion for attorney's fees under 42 U.S.C. § 406(b) (#27) is granted. Counsel is awarded $3,253.00 in fees under § 406(b) and shall refund to plaintiff $1,557.75 in EAJA fees previously awarded.

IT IS SO ORDERED.

DATED this __19__ day of June, 2014.

/s/ Owen M. Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER